# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5032

_____

THOMAS G. HYLAND,

   Petitioner,

   v.

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,
STATE OF FLORIDA,

   Respondent.

_____

Petition for Writ of Mandamus–Original Jurisdiction.

February 9, 2018

PER CURIAM.

   The petition for writ of mandamus is denied. *See Munn v. Fla. Parole Comm'n*, 807 So. 2d 733 (Fla. 1st DCA 2002). Petitioner's Emergency Motion for Enforcement of Principles of Habeas Corpus Through Mandamus, filed on December 27, 2017, is denied.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Thomas G. Hyland, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kenneth S. Steely, General Counsel, and Beverly Brewster, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.